#19-16164-mdc

# KOHL'S

Kohl's Department Stores Inc    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 07/07/2019 | 07/13/2019 | 07/19/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 248.74 | 0.00 | 55.01 | 0.00 | 193.73 |
| YTD | 7,071.24 | 0.00 | 1,416.47 | 0.00 | 5,654.77 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | 0 | | | 5.00 |
| Holiday | | 0 | | | 147.44 |
| Holiday Worked | | 0 | | | 116.39 |
| Regular Hourly Earnings | 07/07/2019 - 07/13/2019 | 26.63 | 9.34 | 248.74 | 6,802.41 |
| Earnings | | | | 248.74 | 7,071.24 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 15.42 | 438.42 |
| Medicare | 3.60 | 102.53 |
| Federal Withholding | 17.57 | 350.84 |
| State Tax - PA | 7.64 | 217.10 |
| SUI-Associate Paid - PA | 0.15 | 4.24 |
| City Tax - PHILA | 9.63 | 274.34 |
| PA LST - BNSLM | 1.00 | 29.00 |
| Associate Taxes | 55.01 | 1,416.47 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 248.74 | 7,071.24 |
| Medicare - Taxable Wages | 248.74 | 7,071.24 |
| Federal Withholding - Taxable Wages | 248.74 | 7,071.24 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 193.73 USD |

# KOHL'S

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 07/14/2019 | 07/20/2019 | 07/26/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 273.48 | 0.00 | 61.40 | 0.00 | 212.08 |
| YTD | 7,344.72 | 0.00 | 1,477.87 | 0.00 | 5,866.85 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 5.00 |
| Holiday | | | 0 | | 147.44 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 07/14/2019 - 07/20/2019 | 29.28 | 9.34 | 273.48 | 7,075.89 |
| Earnings | | | | 273.48 | 7,344.72 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 16.95 | 455.37 |
| Medicare | 3.97 | 106.50 |
| Federal Withholding | 20.32 | 371.16 |
| State Tax - PA | 8.40 | 225.50 |
| SUI-Associate Paid - PA | 0.17 | 4.41 |
| City Tax - PHILA | 10.59 | 284.93 |
| PA LST - BNSLM | 1.00 | 30.00 |
| Associate Taxes | 61.40 | 1,477.87 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 273.48 | 7,344.72 |
| Medicare - Taxable Wages | 273.48 | 7,344.72 |
| Federal Withholding - Taxable Wages | 273.48 | 7,344.72 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 212.08 | USD |

# KOHL'S

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 07/21/2019 | 07/27/2019 | 08/02/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 213.49 | 0.00 | 46.42 | 0.00 | 167.07 |
| YTD | 7,558.21 | 0.00 | 1,524.29 | 0.00 | 6,033.92 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 07/21/2019 - 07/27/2019 | 0 | 0 | 1.00 | 6.00 |
| Holiday | | | 0 | | 147.44 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 07/21/2019 - 07/27/2019 | 22.75 | 9.34 | 212.49 | 7,288.38 |
| Earnings | | | | 213.49 | 7,558.21 |

## Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 13.24 | 468.61 |
| Medicare | 3.09 | 109.59 |
| Federal Withholding | 14.16 | 385.32 |
| State Tax - PA | 6.55 | 232.05 |
| SUI-Associate Paid - PA | 0.12 | 4.53 |
| City Tax - PHILA | 8.26 | 293.19 |
| PA LST - BNSLM | 1.00 | 31.00 |
| Associate Taxes | 46.42 | 1,524.29 |

## Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 213.49 | 7,558.21 |
| Medicare - Taxable Wages | 213.49 | 7,558.21 |
| Federal Withholding - Taxable Wages | 213.49 | 7,558.21 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

## Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

## Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 167.07 | USD |

# KOHL'S

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000

Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | ▮ | 07/28/2019 | 08/03/2019 | 08/09/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 233.85 | 0.00 | 51.47 | 0.00 | 182.38 |
| YTD | 7,792.06 | 0.00 | 1,575.76 | 0.00 | 6,216.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 07/28/2019 - 08/03/2019 | 0 | 0 | 1.00 | 7.00 |
| Holiday | | | 0 | | 147.44 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 07/28/2019 - 08/03/2019 | 24.93 | 9.34 | 232.85 | 7,521.23 |
| Earnings | | | | 233.85 | 7,792.06 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 14.50 | 483.11 |
| Medicare | 3.39 | 112.98 |
| Federal Withholding | 16.20 | 401.52 |
| State Tax - PA | 7.18 | 239.23 |
| SUI-Associate Paid - PA | 0.15 | 4.68 |
| City Tax - PHILA | 9.05 | 302.24 |
| PA LST - BNSLM | 1.00 | 32.00 |
| Associate Taxes | 51.47 | 1,575.76 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 233.85 | 7,792.06 |
| Medicare - Taxable Wages | 233.85 | 7,792.06 |
| Federal Withholding - Taxable Wages | 233.85 | 7,792.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 182.38 | USD |

# KOHL'S

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 08/04/2019 | 08/10/2019 | 08/16/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 241.16 | 0.00 | 53.14 | 0.00 | 188.02 |
| YTD | 8,033.22 | 0.00 | 1,628.90 | 0.00 | 6,404.32 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.00 | OASDI - Social Security | 14.95 | 498.06 |
| Holiday | | | 0 | | 147.44 | Medicare | 3.50 | 116.48 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 16.81 | 418.33 |
| Regular Hourly Earnings | 08/04/2019 - 08/10/2019 | 25.82 | 9.34 | 241.16 | 7,762.39 | State Tax - PA | 7.40 | 246.63 |
| | | | | | | SUI-Associate Paid - PA | 0.14 | 4.82 |
| | | | | | | City Tax - PHILA | 9.34 | 311.58 |
| | | | | | | PA LST - BNSLM | 1.00 | 33.00 |
| Earnings | | | | 241.16 | 8,033.22 | Associate Taxes | 53.14 | 1,628.90 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 241.16 | 8,033.22 |
| Medicare - Taxable Wages | 241.16 | 8,033.22 |
| Federal Withholding - Taxable Wages | 241.16 | 8,033.22 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Single | | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 | | 188.02    USD |

Case 19-16164-mdc    Doc 25    Filed 10/15/19    Entered 10/15/19 11:17:25    Desc Main
Document    Page 6 of 11

# KOHL'S

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 08/11/2019 | 08/17/2019 | 08/23/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 243.03 | 0.00 | 53.62 | 0.00 | 189.41 |
| YTD | 8,276.25 | 0.00 | 1,682.52 | 0.00 | 6,593.73 |

| Earnings |||||| Associate Taxes |||
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.00 | OASDI - Social Security | 15.07 | 513.13 |
| Holiday | | | 0 | | 147.44 | Medicare | 3.53 | 120.01 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 17.00 | 435.33 |
| Regular Hourly Earnings | 08/11/2019 - 08/17/2019 | 26.02 | 9.34 | 243.03 | 8,005.42 | State Tax - PA | 7.46 | 254.09 |
| | | | | | | SUI-Associate Paid - PA | 0.15 | 4.97 |
| | | | | | | City Tax - PHILA | 9.41 | 320.99 |
| | | | | | | PA LST - BNSLM | 1.00 | 34.00 |
| Earnings | | | | 243.03 | 8,276.25 | Associate Taxes | 53.62 | 1,682.52 |

| Taxable Wages |||
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 243.03 | 8,276.25 |
| Medicare - Taxable Wages | 243.03 | 8,276.25 |
| Federal Withholding - Taxable Wages | 243.03 | 8,276.25 |

| | Federal | State | Absence Plans |||
|---|---|---|---|---|---|
| | | | Description | Accrued | Reduced | Available |
| Marital Status | Single | | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Allowances | 0 | 0 | | | | |
| Additional Withholding | 0 | | | | | |

| Payment Information ||||| |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Citizens | Citizens ******6160 | ******6160 | | 189.41 | USD |

# KOHL'S

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. |  | 08/18/2019 | 08/24/2019 | 08/30/2019 |  |

|  | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 260.78 | 0.00 | 58.00 | 0.00 | 202.78 |
| YTD | 8,537.03 | 0.00 | 1,740.52 | 0.00 | 6,796.51 |

| Earnings ||||||
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Credit App Incentive |  |  | 0 |  | 7.00 |
| Holiday |  |  | 0 |  | 147.44 |
| Holiday Worked |  |  | 0 |  | 116.39 |
| Regular Hourly Earnings | 08/18/2019 - 08/24/2019 | 27.92 | 9.34 | 260.78 | 8,266.20 |
| Earnings |  |  |  | 260.78 | 8,537.03 |

| Associate Taxes |||
|---|---|---|
| Description | Amount | YTD |
| OASDI - Social Security | 16.17 | 529.30 |
| Medicare | 3.78 | 123.79 |
| Federal Withholding | 18.79 | 454.12 |
| State Tax - PA | 8.01 | 262.10 |
| SUI-Associate Paid - PA | 0.15 | 5.12 |
| City Tax - PHILA | 10.10 | 331.09 |
| PA LST - BNSLM | 1.00 | 35.00 |
| Associate Taxes | 58.00 | 1,740.52 |

| Taxable Wages |||
|---|---|---|
| Description |  |  | Amount | YTD |
| OASDI - Taxable Wages |  |  | 260.78 | 8,537.03 |
| Medicare - Taxable Wages |  |  | 260.78 | 8,537.03 |
| Federal Withholding - Taxable Wages |  |  | 260.78 | 8,537.03 |

|  | Federal | State |
|---|---|---|
| Marital Status | Single |  |
| Allowances | 0 | 0 |
| Additional Withholding | 0 |  |

| Absence Plans ||||
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Paid Sick Time Off Plan | 0 | 0 | 0 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 |  | 202.78  USD |

# KOHL'S

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 08/25/2019 | 08/31/2019 | 09/06/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 295.80 | 0.00 | 67.34 | 0.00 | 228.46 |
| YTD | 8,832.83 | 0.00 | 1,807.86 | 0.00 | 7,024.97 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 7.00 |
| Holiday | | | 0 | | 147.44 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 08/25/2019 - 08/31/2019 | 31.67 | 9.34 | 295.80 | 8,562.00 |
| Earnings | | | | 295.80 | 8,832.83 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 18.34 | 547.64 |
| Medicare | 4.29 | 128.08 |
| Federal Withholding | 23.00 | 477.12 |
| State Tax - PA | 9.08 | 271.18 |
| SUI-Associate Paid - PA | 0.18 | 5.30 |
| City Tax - PHILA | 11.45 | 342.54 |
| PA LST - BNSLM | 1.00 | 36.00 |
| Associate Taxes | 67.34 | 1,807.86 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 295.80 | 8,832.83 |
| Medicare - Taxable Wages | 295.80 | 8,832.83 |
| Federal Withholding - Taxable Wages | 295.80 | 8,832.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 228.46 | USD |

# KOHL'S

Kohl's Department Stores Inc.  N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051  +1 (262) 703-7000
Lisa Balthaser  6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 09/01/2019 | 09/07/2019 | 09/13/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 328.61 | 0.00 | 76.07 | 0.00 | 252.54 |
| YTD | 9,161.44 | 0.00 | 1,883.93 | 0.00 | 7,277.51 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.00 | OASDI - Social Security | 20.37 | 568.01 |
| Holiday | 09/01/2019 - 09/07/2019 | 4 | 9.6 | 38.40 | 185.84 | Medicare | 4.76 | 132.84 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 26.93 | 504.05 |
| Regular Hourly Earnings | 09/01/2019 - 09/07/2019 | 30.23 | 9.6 | 290.21 | 8,852.21 | State Tax - PA | 10.09 | 281.27 |
| | | | | | | SUI-Associate Paid - PA | 0.20 | 5.50 |
| | | | | | | City Tax - PHILA | 12.72 | 355.26 |
| | | | | | | PA LST - BNSLM | 1.00 | 37.00 |
| Earnings | | | | 328.61 | 9,161.44 | Associate Taxes | 76.07 | 1,883.93 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 328.61 | 9,161.44 |
| Medicare - Taxable Wages | 328.61 | 9,161.44 |
| Federal Withholding - Taxable Wages | 328.61 | 9,161.44 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 | | 252.54 USD |

# KOHL'S

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 09/08/2019 | 09/14/2019 | 09/20/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 236.66 | 0.00 | 52.09 | 0.00 | 184.57 |
| YTD | 9,398.10 | 0.00 | 1,936.02 | 0.00 | 7,462.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 09/08/2019 - 09/14/2019 | 0 | 0 | 0.50 | 7.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 09/08/2019 - 09/14/2019 | 24.6 | 9.6 | 236.16 | 9,088.37 |
| Earnings | | | | 236.66 | 9,398.10 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 14.67 | 582.68 |
| Medicare | 3.43 | 136.27 |
| Federal Withholding | 16.42 | 520.47 |
| State Tax - PA | 7.27 | 288.54 |
| SUI-Associate Paid - PA | 0.14 | 5.64 |
| City Tax - PHILA | 9.16 | 364.42 |
| PA LST - BNSLM | 1.00 | 38.00 |
| Associate Taxes | 52.09 | 1,936.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 236.66 | 9,398.10 |
| Medicare - Taxable Wages | 236.66 | 9,398.10 |
| Federal Withholding - Taxable Wages | 236.66 | 9,398.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 184.57 | USD |

# KOHL'S

Kohl's Department Stores Inc   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | | 09/15/2019 | 09/21/2019 | 09/27/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 239.53 | 0.00 | 52.74 | 0.00 | 186.79 |
| YTD | 9,637.63 | 0.00 | 1,988.76 | 0.00 | 7,648.87 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 7.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 09/15/2019 - 09/21/2019 | 24.95 | 9.6 | 239.53 | 9,327.90 |
| Earnings | | | | 239.53 | 9,637.63 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 14.85 | 597.53 |
| Medicare | 3.48 | 139.75 |
| Federal Withholding | 16.65 | 537.12 |
| State Tax - PA | 7.35 | 295.89 |
| SUI-Associate Paid - PA | 0.14 | 5.78 |
| City Tax - PHILA | 9.27 | 373.69 |
| PA LST - BNSLM | 1.00 | 39.00 |
| Associate Taxes | 52.74 | 1,988.76 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 239.53 | 9,637.63 |
| Medicare - Taxable Wages | 239.53 | 9,637.63 |
| Federal Withholding - Taxable Wages | 239.53 | 9,637.63 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 186.79 USD |