UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br>    Lisa Michelle Balthaser<br>               Debtor | Chapter 13<br><br>Bankruptcy No. 19-16164-MDC<br><br>Motion to Extend the Automatic Stay<br>Beyond the Thirty (30) Day Period |

### ORDER CONTINUING STAY BEYOND THIRTY (30) DAY PERIOD

AND NOW, this _24th_ day of _October_, 2019, upon Motion of the Debtor, it is hereby ORDERED that the automatic stay under 11 U.S.C. Section 362 is to continue and is extended beyond thirty (30) days from the filing date of this bankruptcy for the duration of this case without further order from this Court.

_Madeline D. C_____
Hon. Madeline D. Coleman
Chief Judge
United States Bankruptcy Court