# KOHL'S

**#19-16164-MDC**

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXXX | 09/01/2019 | 09/07/2019 | 09/13/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 328.61 | 0.00 | 76.07 | 0.00 | 252.54 |
| YTD | 9,161.44 | 0.00 | 1,883.93 | 0.00 | 7,277.51 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.00 | OASDI - Social Security | 20.37 | 568.01 |
| Holiday | 09/01/2019 - 09/07/2019 | 4 | 9.6 | 38.40 | 185.84 | Medicare | 4.76 | 132.84 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 26.93 | 504.05 |
| Regular Hourly Earnings | 09/01/2019 - 09/07/2019 | 30.23 | 9.6 | 290.21 | 8,852.21 | State Tax - PA | 10.09 | 281.27 |
| | | | | | | SUI-Associate Paid - PA | 0.20 | 5.50 |
| | | | | | | City Tax - PHILA | 12.72 | 355.26 |
| | | | | | | PA LST - BNSLM | 1.00 | 37.00 |
| Earnings | | | | 328.61 | 9,161.44 | Associate Taxes | 76.07 | 1,883.93 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 328.61 | 9,161.44 |
| Medicare - Taxable Wages | 328.61 | 9,161.44 |
| Federal Withholding - Taxable Wages | 328.61 | 9,161.44 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 | | 252.54   USD |

# KOHL'S

**#19-16164-MDC**

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXX | 09/08/2019 | 09/14/2019 | 09/20/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 236.66 | 0.00 | 52.09 | 0.00 | 184.57 |
| YTD | 9,398.10 | 0.00 | 1,936.02 | 0.00 | 7,462.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 09/08/2019 - 09/14/2019 | 0 | 0 | 0.50 | 7.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 09/08/2019 - 09/14/2019 | 24.6 | 9.6 | 236.16 | 9,088.37 |
| Earnings | | | | 236.66 | 9,398.10 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 14.67 | 582.68 |
| Medicare | 3.43 | 136.27 |
| Federal Withholding | 16.42 | 520.47 |
| State Tax - PA | 7.27 | 288.54 |
| SUI-Associate Paid - PA | 0.14 | 5.64 |
| City Tax - PHILA | 9.16 | 364.42 |
| PA LST - BNSLM | 1.00 | 38.00 |
| Associate Taxes | 52.09 | 1,936.02 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 236.66 | 9,398.10 |
| Medicare - Taxable Wages | 236.66 | 9,398.10 |
| Federal Withholding - Taxable Wages | 236.66 | 9,398.10 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 184.57  USD |

# KOHL'S

#19-16164-MDC

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXX | 09/15/2019 | 09/21/2019 | 09/27/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 239.53 | 0.00 | 52.74 | 0.00 | 186.79 |
| YTD | 9,637.63 | 0.00 | 1,988.76 | 0.00 | 7,648.87 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | | | 0 | | 7.50 | OASDI - Social Security | 14.85 | 597.53 |
| Holiday | | | 0 | | 185.84 | Medicare | 3.48 | 139.75 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 16.65 | 537.12 |
| Regular Hourly Earnings | 09/15/2019 - 09/21/2019 | 24.95 | 9.6 | 239.53 | 9,327.90 | State Tax - PA | 7.35 | 295.89 |
| | | | | | | SUI-Associate Paid - PA | 0.14 | 5.78 |
| | | | | | | City Tax - PHILA | 9.27 | 373.69 |
| | | | | | | PA LST - BNSLM | 1.00 | 39.00 |
| Earnings | | | | 239.53 | 9,637.63 | Associate Taxes | 52.74 | 1,988.76 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 239.53 | 9,637.63 |
| Medicare - Taxable Wages | 239.53 | 9,637.63 |
| Federal Withholding - Taxable Wages | 239.53 | 9,637.63 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 | | 186.79    USD |

# KOHL'S

**#19-16164-MDC**

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXXX | 09/22/2019 | 09/28/2019 | 10/04/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 245.28 | 0.00 | 54.16 | 0.00 | 191.12 |
| YTD | 9,882.91 | 0.00 | 2,042.92 | 0.00 | 7,839.99 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 7.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 09/22/2019 - 09/28/2019 | 25.55 | 9.6 | 245.28 | 9,573.18 |
| Earnings | | | | 245.28 | 9,882.91 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 15.21 | 612.74 |
| Medicare | 3.55 | 143.30 |
| Federal Withholding | 17.22 | 554.34 |
| State Tax - PA | 7.53 | 303.42 |
| SUI-Associate Paid - PA | 0.15 | 5.93 |
| City Tax - PHILA | 9.50 | 383.19 |
| PA LST - BNSLM | 1.00 | 40.00 |
| Associate Taxes | 54.16 | 2,042.92 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 245.28 | 9,882.91 |
| Medicare - Taxable Wages | 245.28 | 9,882.91 |
| Federal Withholding - Taxable Wages | 245.28 | 9,882.91 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 191.12 | USD |

# KOHL'S

#19-16164-MDC

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXXX | 09/29/2019 | 10/05/2019 | 10/11/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 249.32 | 0.00 | 55.15 | 0.00 | 194.17 |
| YTD | 10,132.23 | 0.00 | 2,098.07 | 0.00 | 8,034.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | | | 0 | | 7.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 09/29/2019 - 10/05/2019 | 25.97 | 9.6 | 249.32 | 9,822.50 |
| Earnings | | | | 249.32 | 10,132.23 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 15.46 | 628.20 |
| Medicare | 3.62 | 146.92 |
| Federal Withholding | 17.62 | 571.96 |
| State Tax - PA | 7.65 | 311.07 |
| SUI-Associate Paid - PA | 0.15 | 6.08 |
| City Tax - PHILA | 9.65 | 392.84 |
| PA LST - BNSLM | 1.00 | 41.00 |
| Associate Taxes | 55.15 | 2,098.07 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 249.32 | 10,132.23 |
| Medicare - Taxable Wages | 249.32 | 10,132.23 |
| Federal Withholding - Taxable Wages | 249.32 | 10,132.23 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 194.17  USD |

# KOHL'S

#19-16164-MDC

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXX | 10/06/2019 | 10/12/2019 | 10/18/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 243.39 | 0.00 | 53.75 | 0.00 | 189.64 |
| YTD | 10,375.62 | 0.00 | 2,151.82 | 0.00 | 8,223.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 10/06/2019 - 10/12/2019 | 0 | 0 | 0.50 | 8.00 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 10/06/2019 - 10/12/2019 | 25.3 | 9.6 | 242.89 | 10,065.39 |
| Earnings | | | | 243.39 | 10,375.62 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 15.09 | 643.29 |
| Medicare | 3.53 | 150.45 |
| Federal Withholding | 17.09 | 589.05 |
| State Tax - PA | 7.47 | 318.54 |
| SUI-Associate Paid - PA | 0.15 | 6.23 |
| City Tax - PHILA | 9.42 | 402.26 |
| PA LST - BNSLM | 1.00 | 42.00 |
| Associate Taxes | 53.75 | 2,151.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 243.39 | 10,375.62 |
| Medicare - Taxable Wages | 243.39 | 10,375.62 |
| Federal Withholding - Taxable Wages | 243.39 | 10,375.62 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 189.64    USD |

# KOHL'S

#19-16164-MDC

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | X3QX7XM | 10/13/2019 | 10/19/2019 | 10/25/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 242.20 | 0.00 | 53.63 | 0.00 | 188.57 |
| YTD | 10,617.82 | 0.00 | 2,205.45 | 0.00 | 8,412.37 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 10/13/2019 - 10/19/2019 | 0 | 0 | 2.00 | 10.00 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 10/13/2019 - 10/19/2019 | 25.02 | 9.6 | 240.20 | 10,305.59 |
| Earnings | | | | 242.20 | 10,617.82 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 15.01 | 658.30 |
| Medicare | 3.51 | 153.96 |
| Federal Withholding | 17.15 | 606.20 |
| State Tax - PA | 7.44 | 325.98 |
| SUI-Associate Paid - PA | 0.14 | 6.37 |
| City Tax - PHILA | 9.38 | 411.64 |
| PA LST - BNSLM | 1.00 | 43.00 |
| Associate Taxes | 53.63 | 2,205.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 242.20 | 10,617.82 |
| Medicare - Taxable Wages | 242.20 | 10,617.82 |
| Federal Withholding - Taxable Wages | 242.20 | 10,617.82 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 188.57 | USD |

# KOHL'S

**#19-16164-MDC**

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXX | 10/20/2019 | 10/26/2019 | 11/01/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 230.64 | 0.00 | 50.67 | 0.00 | 179.97 |
| YTD | 10,848.46 | 0.00 | 2,256.12 | 0.00 | 8,592.34 |

| Earnings | | | | | | Associate Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Credit App Incentive | 10/20/2019 - 10/26/2019 | 0 | 0 | 1.00 | 11.00 | OASDI - Social Security | 14.30 | 672.60 |
| Holiday | | | 0 | | 185.84 | Medicare | 3.34 | 157.30 |
| Holiday Worked | | | 0 | | 116.39 | Federal Withholding | 15.88 | 622.08 |
| Regular Hourly Earnings | 10/20/2019 - 10/26/2019 | 23.92 | 9.6 | 229.64 | 10,535.23 | State Tax - PA | 7.08 | 333.06 |
| | | | | | | SUI-Associate Paid - PA | 0.14 | 6.51 |
| | | | | | | City Tax - PHILA | 8.93 | 420.57 |
| | | | | | | PA LST - BNSLM | 1.00 | 44.00 |
| Earnings | | | | 230.64 | 10,848.46 | Associate Taxes | 50.67 | 2,256.12 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 230.64 | 10,848.46 |
| Medicare - Taxable Wages | 230.64 | 10,848.46 |
| Federal Withholding - Taxable Wages | 230.64 | 10,848.46 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Paid Sick Time Off Plan | 0 | 0 | 0 |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citizens | Citizens ******6160 | ******6160 | | 179.97   USD |

Document    Page 9 of 10

# KOHL'S

**#19-16164-MDC**

Kohl's Department Stores Inc.    N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051    +1 (262) 703-7000
Lisa Balthaser    6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXX | 10/27/2019 | 11/02/2019 | 11/08/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 320.98 | 0.00 | 74.41 | 0.00 | 246.57 |
| YTD | 11,169.44 | 0.00 | 2,330.53 | 0.00 | 8,838.91 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 10/27/2019 - 11/02/2019 | 0 | 0 | 3.50 | 14.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 10/27/2019 - 11/02/2019 | 33.07 | 9.6 | 317.48 | 10,852.71 |
| Earnings | | | | 320.98 | 11,169.44 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 19.91 | 692.51 |
| Medicare | 4.66 | 161.96 |
| Federal Withholding | 26.37 | 648.45 |
| State Tax - PA | 9.85 | 342.91 |
| SUI-Associate Paid - PA | 0.19 | 6.70 |
| City Tax - PHILA | 12.43 | 433.00 |
| PA LST - BNSLM | 1.00 | 45.00 |
| Associate Taxes | 74.41 | 2,330.53 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 320.98 | 11,169.44 |
| Medicare - Taxable Wages | 320.98 | 11,169.44 |
| Federal Withholding - Taxable Wages | 320.98 | 11,169.44 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 246.57 | USD |

# KOHL'S

#19-16164-MDC

Kohl's Department Stores Inc.   N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051   +1 (262) 703-7000
Lisa Balthaser   6337 Mershon Street Philadelphia, PA 19149

| Name | Company | Associate ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lisa Balthaser | Kohl's Department Stores Inc. | XXXXXXX | 11/03/2019 | 11/09/2019 | 11/15/2019 | |

| | Gross Pay | Pre Tax Deductions | Associate Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 279.12 | 0.00 | 62.98 | 0.00 | 216.14 |
| YTD | 11,448.56 | 0.00 | 2,393.51 | 0.00 | 9,055.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Credit App Incentive | 11/03/2019 - 11/09/2019 | 0 | 0 | 1.00 | 15.50 |
| Holiday | | | 0 | | 185.84 |
| Holiday Worked | | | 0 | | 116.39 |
| Regular Hourly Earnings | 11/03/2019 - 11/09/2019 | 28.97 | 9.6 | 278.12 | 11,130.83 |
| Earnings | | | | 279.12 | 11,448.56 |

### Associate Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI - Social Security | 17.30 | 709.81 |
| Medicare | 4.04 | 166.00 |
| Federal Withholding | 21.09 | 669.54 |
| State Tax - PA | 8.57 | 351.48 |
| SUI-Associate Paid - PA | 0.17 | 6.87 |
| City Tax - PHILA | 10.81 | 443.81 |
| PA LST - BNSLM | 1.00 | 46.00 |
| Associate Taxes | 62.98 | 2,393.51 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 279.12 | 11,448.56 |
| Medicare - Taxable Wages | 279.12 | 11,448.56 |
| Federal Withholding - Taxable Wages | 279.12 | 11,448.56 |

| | Federal | State |
|---|---|---|
| Marital Status | Single | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Paid Sick Time Off Plan | 0 | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens | Citizens ******6160 | ******6160 | | 216.14 USD |