# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

           Chapter 13

           Bankruptcy No. 19-16164-MDC

LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149-

**Counsel for debtor(s), by electronic notice only.**
JEFFERY A FOURNIER
2480-B DURHAM RD

BRISTOL, PA 19007

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/ William C. Miller

Date: 1/15/2020

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee