UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lisa M. Balthaser | : | Chapter 13 |
| Debtor | : | Bankruptcy No. 19-16164-MDC |
| | : | |
| -v- | : | Motion to Avoid Judicial Lien |
| | : | on Residential Real Estate and |
| Calvary SPV I, LLC as assignee of | : | Reclassify Claim #1 as Unsecured |
| Citibank, N.A. | : | |
| Respondent | : | |

## CERTIFICATION OF NO RESPONSE TO
## MOTION TO AVOID JUDICIAL LIEN ON REAL ESTATE

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That a Motion to Avoid Judicial Lien on Real Estate as filed on March 4, 2020.

2. Notice was serves upon all creditors and interested parties on or about March 4, 2020;

3. More than twenty (20) days have lapsed and there is no response by creditors or interested parties.

WHEREFORE, I respectfully request that the Motion to Avoid Judicial Lien on Real Estate be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor