

Jeffery A. Fournier ~ Attorney at Law

To:   Apathaker Scian, PC                                           Date: 03/04/2020
      Attn: David J. Apothaker, Esquire
      1520 Fellowship Road, Suite 306
      Mt. Laurel, NJ 08054

Re:   Lisa M. Balthaser v. Calvary SPV I, LLC as assignee of Citibank, N.A.
      Bankruptcy No 19-16164-MDC - Eastern District of Pennsylvania
      Motion to Avoid Judicial Lien on Residential Real Estate

Dear Mr. Apothaker:

This letter serves to inform you I represent Lisa M. Balthaser in the above referenced Chapter 13 Bankruptcy Case.

Kindly find enclosed the Motion to Avoid Judicial Lien filed with the U.S. Bankruptcy Court to remove the lien held by your client, Calvary SPV I, LLC as assignee of Citibank, N.A. on my client's real estate in the case of Calvary SPV I, LLC as assignee of Citibank, N.A. v. Lisa M. Balthaser, Philadelphia Municipal Court - Small Claim No. SC-17-05-01-3015.

A hearing is scheduled for March 31, 2020 at 10:30 a.m. in Courtroom #2 of the U.S. Bankruptcy Court in Philadelphia. If your client has any objections, you must file a response by March 25, 2020.

                                          Sincerely,

                                          Jeffery A. Fournier
                                          Attorney-At-Law

Enclosures: Notice and Motion

                                          2480-B Durham Road
                                          Bristol,   PA   19007
                                          215-943-1873



Jeffery A. Fournier ~ Attorney at Law

To: Calvary SPV I, LLC
Attn: David G. Rosenberg, CEO
10625 Techwoods Circle
Cincinnati, OH 45242

Date: 03/04/2020

Re: Lisa M. Balthaser v. Calvary SPV I, LLC as assignee of Citibank, N.A.
Bankruptcy No 19-16164-MDC - Eastern District of Pennsylvania
Motion to Avoid Judicial Lien on Residential Real Estate

Dear Mr. Rosenberg:

This letter serves to inform you I represent Lisa M. Balthaser in the above referenced Chapter 13 Bankruptcy Case.

Kindly find enclosed the Motion to Avoid Judicial Lien filed with the U.S. Bankruptcy Court to remove the lien held by your client, Calvary SPV I, LLC as assignee of Citibank, N.A. on my client's real estate in the case of Calvary SPV I, LLC as assignee of Citibank, N.A. v. Lisa M. Balthaser, Philadelphia Municipal Court - Small Claim No. SC-17-05-01-3015.

A hearing is scheduled for March 31, 2020 at 10:30 a.m. in Courtroom #2 of the U.S. Bankruptcy Court in Philadelphia. If your client has any objections, you must file a response by March 25, 2020.

Sincerely,

Jeffery A. Fournier
Attorney-At-Law

Enclosures: Notice and Motion

2480-B Durham Road
Bristol, PA 19007
215-943-1873