UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa M. Balthaser : <br>        Debtor : <br> : <br> -v- : <br> : <br> Calvary SPV I, LLC as assignee of : <br> Citibank, N.A. : <br>        Respondent : | **Chapter 13** <br><br> **Bankruptcy No. 19-16164-MDC** <br><br> **Motion to Avoid Judicial Lien on Residential Real Estate and Reclassify Claim #1 as Unsecured** |

### ORDER AVOIDING LIEN AND RECLASSIFYING CLAIM #1
### (CALVARY SPV I, LLC AS ASSIGNEE OF CITIBANK, N.A.)

AND NOW, this   3rd   day of        April       , 2020 upon the Debtor's Motion to Avoid Judicial Lien on Residential Real Estate and Reclassify Claim #1 as Unsecured which impairs an exemption of the Debtor, Lisa M. Balthaser.

It is hereby ORDERED and DECREED that the judicial lien held by Calvary SPV I, LLC as assignee of Citibank, N.A., in and on Debtor's residential real estate at 6337 Mershon Street, Philadelphia, Pennsylvania, entered of record at Philadelphia Municipal Court - Small Claims No. #SC-17-05-01-3015 be hereby cancelled and avoided.

It is further ORDERED that Calvary SPV I, LLC as assignee of Citibank, N.A., Proof of Claim #1 is reclassified as a General Unsecured Claim.

_____                    _____
Date                                                                      Magdeline D. Coleman
                                                                     Chief U.S. Bankruptcy Judge