Certificate of Notice    Page 1 of 2

```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                                    Case No. 19-16164-mdc
Lisa Michelle Balthaser                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW              Page 1 of 1                  Date Rcvd: Apr 03, 2020
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
db             +Lisa Michelle Balthaser,   6337 Mershon Street,    Philadelphia, PA 19149-3041

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
          JEFFERY A. FOURNIER    on behalf of Debtor Lisa Michelle Balthaser jefffournier@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lisa M. Balthaser | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 19-16164-MDC |
| -v- | : | |
| | : | Motion to Avoid Judicial Lien |
| | : | on Residential Real Estate and |
| Calvary SPV I, LLC as assignee of | : | Reclassify Claim #1 as Unsecured |
| Citibank, N.A. | : | |
| Respondent | : | |

## ORDER AVOIDING LIEN AND RECLASSIFYING CLAIM #1
(CALVARY SPV I, LLC AS ASSIGNEE OF CITIBANK, N.A.)

AND NOW, this __3rd__ day of __April__, 2020 upon the Debtor's Motion to Avoid Judicial Lien on Residential Real Estate and Reclassify Claim #1 as Unsecured which impairs an exemption of the Debtor, Lisa M. Balthaser.

It is hereby ORDERED and DECREED that the judicial lien held by Calvary SPV I, LLC as assignee of Citibank, N.A., in and on Debtor's residential real estate at 6337 Mershon Street, Philadelphia, Pennsylvania, entered of record at Philadelphia Municipal Court - Small Claims No. #SC-17-05-01-3015 be hereby cancelled and avoided.

It is further ORDERED that Calvary SPV I, LLC as assignee of Citibank, N.A., Proof of Claim #1 is reclassified as a General Unsecured Claim.

Date

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge