UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Lisa Michelle Balthaser<br>Debtor | : Chapter: 13<br>:<br>: Bankruptcy No. 19-16164-MDC<br>:<br>: Objection to Proof of Claim of<br>: Bank of America, N.A.<br>: Claim #2, Filed On 11/01/2019 |

## CERTIFICATION OF NO RESPONSE TO
## OBJECTION TO PROOF OF CLAIM FILED BY
## BANK OF AMERICA, N.A., CLAIM #2, FILED ON 11/01/2019

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That an Objection to Proof of Claim was filed on March 4, 2020.

2. Notice was served upon all creditors and interested parties on or about March 4, 2020.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Proof of Claim #2, filed by Bank of America, N. A., be stricken from the Claims Register.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor