UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : Chapter 13 |
| --- | --- |
| Lisa Michelle Balthaser | : |
| Debtor | : |
| | : Bankruptcy No. 19-16164-MDC |
| | : |
| | : |
| | : Praecipe to Withdrawal Proof of Claim |
| | : CLAIM #5-1, Filed on 04/14/2020 |

## PRAECIPE TO WITHDRAWAL PROOF OF CLAIM
## CLAIM #5-1, FILED ON APRIL 14, 2020

**TO THE CLERK OF THE COURT:**

Kindly withdrawal the Proof of Claim, Claim #5-1 for Attorney Fees filed on April 14, 2020, as it was inadvertently attached to wrong case number.

Date: 04/15/2020

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873