# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re: Lisa Michelle Balthaser<br>Debtor | : Chapter: 13<br>:<br>: Bankruptcy No. 19-16164-MDC<br>:<br>: Objection to Proof of Claim of<br>: Bank of America, N.A.<br>: Claim #2, Filed On 11/01/2019 |

## ORDER

AND NOW, this 17th day of April, 2020, upon considering the Debtor's Objection to the Proof of Claim of Bank of America, N.A., Claim #2, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by Bank of America, N.A., is hereby stricken and removed from the Claims Register.

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Court