United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lisa Michelle Balthaser  
    Debtor

Case No. 19-16164-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: ChrissyW | Page 1 of 1 | Date Rcvd: Apr 17, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2020.
```
db             +Lisa Michelle Balthaser,    6337 Mershon Street,    Philadelphia, PA 19149-3041
14415202       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2020                            Signature: _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2020 at the address(es) listed below:
```
          JEFFERY A. FOURNIER    on behalf of Debtor Lisa Michelle Balthaser jefffournier@verizon.net
          KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:  Lisa Michelle Balthaser | : Chapter: 13 |
| Debtor | : |
| | : Bankruptcy No. 19-16164-MDC |
| | : |
| | : Objection to Proof of Claim of |
| | : Bank of America, N.A. |
| | : Claim #2, Filed On 11/01/2019 |

## ORDER

AND NOW, this 17th day of April, 2020, upon considering the Debtor's Objection to the Proof of Claim of Bank of America, N.A., Claim #2, and the answer and testimony of the Respondent.

It is hereby ORDERED and DECREED that the Proof of Claim filed by Bank of America, N.A., is hereby stricken and removed from the Claims Register.

Magdeline D. Coleman
Chief U.S. Bankruptcy Court