# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Lisa Michelle Balthaser | : |
| Debtor | : Bankruptcy No. 19-16164-MDC |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 9/26/19 to 04/14/2020 |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on or about April 15, 2020.

2. Notice was served upon all creditors and interested parties on or about April 15, 2020.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

4. Neither an objection to the proposed compensation nor an application for administrative fees has been filed.

**WHEREFORE,** I respectfully request that the Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor