UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Lisa Michelle Balthaser

Debtor

: Chapter 13
:
:
:
: Bankruptcy No. 19-16164-MDC
:
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 9/26/19 to 04/14/2020

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, this __15th__ day of _____July_____, 2020, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $5,040.00 in compensation for attorney fees and costs of $310.00 are approved and the amount owed of $3,550.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge