*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Lisa Michelle Balthaser
    Debtor(s)

Case No: 19–16164–mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

**RESCHEDULED*
Motion for Relief from Stay re: 6337 Mershon Street, Philadelphia, PA 19149., Filed by PENNSYLVANIA HOUSING FINANCE AGENCY Represented by REBECCA ANN SOLARZ

on: 9/29/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  9/21/20

Timothy B. McGrath
Clerk of Court

80 – 78
Form 167