# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                              Chapter 13

                              Bankruptcy No. 19-16164-MDC

LISA MICHELLE BALTHASER

6337 MERSHON STREET

PHILADELPHIA, PA 19149-

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    LISA MICHELLE BALTHASER

    6337 MERSHON STREET

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    JEFFERY A FOURNIER
    2480-B DURHAM RD

    BRISTOL, PA 19007

Date: 1/24/2022

                                                /S/ Kenneth E. West
                                                _____
                                                Kenneth E. West, Esquire
                                                Chapter 13 Standing Trustee