UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| Lisa M. Balthaser : | Chapter 13 |
|         Debtor : | Bankruptcy No. 19-16164-MDC |
| : | |
| -v- : | Praecipe to Convert Chapter 13 Case |
| : | to Chapter 7 |

**PRAECIPE TO CONVERT CHAPTER 13 CASE TO CHAPTER 7 CASE PURSUANT TO 11 U.S.C. 1307(A)**

1. Debtor, Lisa M. Balthaser, commenced this case this Chapter 13 case on September 30, 2019. Debtor has insufficient income to continue chapter 13 plan payments and there is substantial likelihood her financial circumstances will not improve in the near future.

2. Debtor respectfully request that the Court convert the Chapter 13 case to a Chapter 7 case pursuant to 11 U.S.C. 1307(a) of the bankruptcy code by way of Praecipe to the Clerk of the Court.

WHEREFORE, Debtor respectfully requests that the Clerk of the Bankruptcy Court convert the above captioned Chapter 13 case to a Chapter 7 case under the Bankruptcy Code.

Date: 02/22/2022

/S/Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor
2480-B Durham Road
Bristol, PA 19007
(215) 943-1873