**Fill in this information to identify your case:**

Debtor 1: __Lisa__ __Michelle__ __Balthaser__
 First Name   Middle Name   Last Name

Debtor 2: _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number: __19-16164-MDC__
(If known)

**Amendments filed on March 23, 2022**

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules   12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Lisa Michelle Balthaser**                    ✗ _____
Signature of Debtor 1                                              Signature of Debtor 2

Date **03/23/2022**                                              Date _____
    MM / DD / YYYY                                                           MM / DD / YYYY

**pdf**

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**