UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Lisa Michelle Balthaser : Chapter 07
                Debtor :
                 : Bankruptcy No. 19-16164-MDC

**PRAECIPE TO CHANGE ADDRESS**
**FOR DEBTOR**

TO THE CLERK OF THE COURT:

Please change the address and forward all notice for Debtor Lisa Michelle Balthaser to:

3217-B Garfield Ave.
Reading, PA 19605

Respectfully Submitted,

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor