United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                   Case No. 19-16164-mdc

Lisa Michelle Balthaser                                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                              Page 1 of 3
Date Rcvd: May 27, 2022                     Form ID: 318                           Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa Michelle Balthaser, 3217-B Garfield Ave., Reading, PA 19605-2116 |
| 14397725 | + | Calvalry SPV I, LLC, c/o Apothaker Scian PC, 520 Fellowship Road, Suite 306, Mt. Laurel, NJ 08054-3410 |
| 14493964 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Road, Bristol, PA 19007-6902 |
| 14397722 | + | KML Law Group PC, Attn: Jill P. Jenkins, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14397727 | + | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14678082 | | PECO - Payment Processing, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14678081 | | Philadelphia Gas Works, P.O. Box 11700, Newark, NJ 07101-4700 |
| 14397720 | + | TD Bank NA (Target), c/o Kami S. Miller, Esquire, 475 Leedom Street, Suite One, Jenkintown, PA 19046-2728 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | May 28 2022 03:58:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 28 2022 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2022 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14397723 | + | Email/Text: bankruptcy@sunrisecreditservices.com | May 27 2022 23:59:00 | Bank of America N.A., c/o Sunrise Credit Services Inc., P. O. Box 9100, Farmingdale, NY 11735-9100 |
| 14415202 | + | EDI: BANKAMER2.COM | May 28 2022 03:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14678083 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, Dpt. of Revenue Water, P.O. Box 41496, Philadelphia, PA 19101-1496 |
| 14397717 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14397719 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | City of Philadelphia - Law Dept., 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14455085 | | Email/Text: megan.harper@phila.gov | May 27 2022 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 27, 2022 | Form ID: 318 | Total Noticed: 21 |

| | | | | |
|---|---|---|---|---|
| 14399817 | + Email/Text: bankruptcy@cavps.com | May 27 2022 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14397724 | + Email/Text: mediamanagers@clientservices.com | May 27 2022 23:59:00 | Chase Bank USA NA, c/o Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-4047 |
| 14397727 | ^ MEBN | May 28 2022 00:03:09 | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14397716 | + Email/Text: blegal@phfa.org | May 27 2022 23:59:00 | PA Housing Finance Agency, 211 North Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |
| 14437098 | + Email/Text: blegal@phfa.org | May 27 2022 23:59:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14678077 | *+ | Bank of America N.A., c/o Sunrise Credit Services Inc., P. O. Box 9100, Farmingdale, NY 11735-9100 |
| 14678073 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department Tax & Revenue Unit, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14678074 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia - Law Dept., 1515 Arch Street, 14th Floor, Philadelphia, PA 19107 |
| 14678079 | *+ | Calvalry SPV I, LLC, c/o Apothaker Scian PC, 520 Fellowship Road, Suite 306, Mt. Laurel, NJ 08054-3410 |
| 14678078 | *+ | Chase Bank USA NA, c/o Client Services Inc., 3451 Harry S. Truman Blvd., St. Charles, MO 63301-4047 |
| 14678076 | *+ | KML Law Group PC, Attn: Jill P. Jenkins, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14678080 | *+ | Northstar Location Services LLC, Attn: Financial Services Dept., 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14678072 | *+ | PA Housing Finance Agency, 211 North Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |
| 14678075 | *+ | TD Bank NA (Target), c/o Kami S. Miller, Esquire, 475 Leedom Street, Suite One, Jenkintown, PA 19046-2728 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFERY A. FOURNIER | on behalf of Debtor Lisa Michelle Balthaser jefffournier@verizon.net |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: May 27, 2022 | Form ID: 318 | Total Noticed: 21 |

| | |
|---|---|
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| TERRY P. DERSHAW | td@ix.netcom.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lisa Michelle Balthaser<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6069<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __–_____ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    19–16164–mdc | | |

## Order of Discharge    12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lisa Michelle Balthaser
dba Fleur DeLisa Solutions

<u>5/27/22</u>                                                                                          **By the court:** <u>Magdeline D. Coleman</u>
                                                                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**